NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DNT, LLC,**
*Plaintiff/Counterclaimant-Appellant,*

v.

**SPRINT SPECTRUM, LP AND NEXTEL OPERATIONS, INC.,**
*Defendants-Appellees,*

and

**CELLCO PARTNERSHIP (DOING BUSINESS AS VERIZON WIRELESS) AND ALLTEL COMMUNICATIONS, LLC,**
*Defendants-Appellees,*

and

**T-MOBILE USA, INC.,**
*Defendant-Appellee,*

and

**UNITED STATES CELLULAR CORPORATION,**
*Defendant-Appellee,*

and

**NOVATEL WIRELESS, INC.,**
*Counterclaim Defendant-Appellee.*

---

2011-1001

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0021, Chief Judge James R. Spencer.

---

**ON MOTION**

---

**O R D E R**

The parties move for a 30-day extension of time, until December 30, 2010, for DNT, LLC to file its opening brief, until February 8, 2011, for Sprint Spectrum, LP, et al. to file their responsive briefs, and until February 22, 2011, for DNT, LLC to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**NOV 2 9 2010**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Adam V. Floyd, Esq.
     Michael J. Bettinger, Esq.
     Kevin P. Anderson, Esq.
     Robert Edward Krebs, Esq.
     Ramsey M. Al-Salam, Esq.
     Anthony J. Dain, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 9 2010

JAN HORBALY
CLERK